**Order entered September 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00099-CV

### WILLIAM DREXEL AND SANDY DREXEL, Appellants

### V.

### TOLL BROTHERS, INC. AND TOLL DALLAS TX LLC, Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03255-2012**

## ORDER

Before the Court is appellees' September 4, 2018 second unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 9, 2018. We caution appellees that further extension requests will be disfavored.

/s/ DAVID EVANS
   JUSTICE